DECEMBER 10, 2000

No. 00–949. BUSH ET AL. *v.* GORE ET AL. Sup. Ct. Fla. [Certiorari granted, *ante,* p. 1046.] Motion of Katherine Harris et al. for divided argument granted.